## 33339. CRAIG v. CRAIG.

UNDERCOFLER, Presiding Justice.
In this appeal from a temporary alimony order, the wife claims the trial court abused its discretion in awarding only $250 per month for a three-month period, in reserving decision rather than awarding attorney fees, and in refusing to award a reasonable sum for medical expenses for a minor child, who is not the daughter of the husband. We find no abuse of discretion. *Wilbanks v.*

*Wilbanks,* 238 Ga. 660 (234 SE2d 915) (1977); *Goldman v. Goldman,* 230 Ga. 245 (196 SE2d 427) (1973).
*Judgment affirmed. All the Justices concur.*

ARGUED MARCH 14, 1978 — DECIDED
APRIL 5, 1978.

*Shulman, Buer, Deitch, Raines & Hester, Warren S. Shulman, Gilbert H. Deitch, Gerald B. Kline,* for appellant. *Paul R. Koehler,* for appellee.